B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

Case Number  13−10078−BFK
Chapter  7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Romecca Doran
aka Romecca Migail Doran−Terrones
49 Carolina Court
Sterling, VA 20164

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7510

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Romecca Doran is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: April 22, 2013                                              William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 13-10078-BFK
Romecca Doran                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: admin              Page 1 of 3              Date Rcvd: Apr 23, 2013
                              Form ID: B18             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2013.
```
db         +Romecca Doran,    49 Carolina Court,    Sterling, VA 20164-1730
11558829   +Bank Of America,    P.O. Box 982235,    El Paso, TX 79998-2235
11558832   +Cap1/Best buy,    P.O. Box 5253,    Carol Stream, IL 60197-5253
11558835   +Capital One Bank,    P.O. Box 71087,    Charlotte, NC 28272-1087
11603771   +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
             Tucson, Az 85712-1083
11558839   +County of Loudoun,    P.O. Box 229,    Leesburg, VA 20178-0229
11558842   +Gecrb/Belfort Homestore,    C/o Po Box 965036,    Orlando, FL 32896-0001
11558845    Mariner Finance,    109 Amboy Avenue,    Edison, NJ 08837-0000
11604675   +Mariner Finance, LLC,    3301 Boston St, Ste 201,    Baltimore, MD 21224-4979
11558846    Middleburg Bank,    106 Catoctin Circle,    Leesburg, VA 20175-0000
11558848   +Tmg Financial Services,    P.O. Box 14542,    Des Moines, IA 50306-3542
11586130    Treasurer, County of Loudoun, Virginia,    Attention: Collections/Bankrupty Div.,
             P O Box 347 (MSC #31),    Leesburg, VA 20178-0347
11558849   +VHDA,   601 S. Belvidere Street,    Richmond, VA 23220-6504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11558828    EDI: HNDA.COM Apr 24 2013 05:13:00      American Honda Finance,    Po Box 168088,
             Irving, TX 75016-0000
11558827   +EDI: AMEREXPR.COM Apr 24 2013 05:13:00      American Express,   American Express Special Research,
             Po Box 981540,    El Paso, TX 79998-1540
11558830    E-mail/Text: allcollections@belvoirfcu.org Apr 24 2013 05:55:04      Belvoir Federal Credit,
             14040 Central Loop,    Woodbridge, VA 22193-1438
11558833    EDI: CAPITALONE.COM Apr 24 2013 05:13:00      Capital One,   P.O. Box 85015,
             Richmond, VA 23285-0000
11558831   +EDI: CAPITALONE.COM Apr 24 2013 05:13:00      Cap One Na,   P.O.Box 26030,
             Richmond, VA 23260-6030
11558834   +EDI: CAPITALONE.COM Apr 24 2013 05:13:00      Capital One Bank,    P.O. Box 71083,
             Charlotte, NC 28272-1083
11558836   +EDI: CAPITALONE.COM Apr 24 2013 05:13:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
             Po Box 30285,    Salt Lake City, UT 84130-0285
11558837   +EDI: CHASE.COM Apr 24 2013 05:13:00      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
11558838   +EDI: CITICORP.COM Apr 24 2013 05:13:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
             Po Box 20507,    Kansas City, MO 64195-0507
11558840   +EDI: AMINFOFP.COM Apr 24 2013 05:13:00      First Premier Bank,    3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
11558841   +EDI: RMSC.COM Apr 24 2013 05:13:00      Gecrb/Ashley Homestore,    c/o Po Box 965036,
             Orlando, FL 32896-0001
11558843   +EDI: HFC.COM Apr 24 2013 05:13:00      Hsbc Bank,   Attn: Bankruptcy,    Po Box 5213,
             Carol Stream, IL 60197-5213
11558844   +EDI: CBSKOHLS.COM Apr 24 2013 05:13:00      Kohls/capone,   Po Box 3115,
             Milwaukee, WI 53201-3115
11558847   +E-mail/Text: ustpregion04.ax.ecf@usdoj.gov Apr 24 2013 06:01:59       Office of the U.S. Trustee,
             115 South Union St., Ste. 210,    Alexandria, VA 22314-3361
                                                                                               TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*        +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
cr*         Treasurer, County of Loudoun, Virginia,    Attention: Collections/Bankrupty Div.,
             P O Box 347 (MSC #31),    Leesburg, VA  20178-0347
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0422-9          User: admin              Page 2 of 3              Date Rcvd: Apr 23, 2013
                              Form ID: B18             Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**                **Signature:**     *Joseph Speetjens*

```
District/off: 0422-9          User: admin              Page 3 of 3              Date Rcvd: Apr 23, 2013
                              Form ID: B18             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
              Klinette H. Kindred    kkindred@tbrclaw.com,   asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com
              Nathan A. Fisher    on behalf of Debtor Romecca  Doran Fbarsad@cs.com,   barsad@aol.com
              Patti H. Bass   on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
                                                                                             TOTAL: 3